# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEAN (J.P.) POOLE and DEE POOLE, Trustees of the Poole Family Trust, | 8:08CV399 |
| Plaintiffs, | |
| v. | ORDER |
| SUNSET FINANCIAL SERVICES, INC., and BRYAN S. BEHRENS, | |
| Defendants. | |

On the Court's own motion, in an effort to relieve any confusion that may have been caused by recent filings in this matter,

IT IS ORDERED:

Plaintiffs and Defendant Bryan S. Behrens shall file their responses, if any, to Defendant Sunset Financial Services, Inc.'s motions (Filing Nos. 24 and 26) on or before November 7, 2008.

DATED this 22nd day of October, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge