**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| JEAN (J.P.) POOLE and DEE POOLE, ) <br> Trustees of the Poole Family Trust, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> SUNSET FINANCIAL SERVICES, INC., ) <br> and BRYAN S. BEHRENS, ) <br> ) <br> Defendants. ) | | 8:08CV399 <br><br><br><br> ORDER |

This matter is before the Court on the parties' Joint Motion to Extend Deadlines Relating to Defendant Sunset Financial Services, Inc.'s Motions to Dismiss and for Judicial Notice (Filing No. 39). The parties seek to extend Plaintiffs' deadline for responding to the Defendant's Motions from November 24, 2008, until November 26, 2008. The parties also seek to extend Defendant Sunset Financial Services, Inc.'s reply deadline from December 3, 2008, until December 12, 2008.

IT IS ORDERED:

1. The parties' Joint Motion to Extend Deadlines (Filing No. 39) is granted;

2. The Plaintiffs shall respond to the Defendant's Motion to Dismiss and Motion for Judicial Notice by filing their brief and index of evidence, if any, on or before November 26, 2008; and

3. The Defendant Sunset Financial Services, Inc. shall reply to Plaintiffs' responses by filing its brief and index of evidence, if any, on or before December 12, 2008.

DATED this 24th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge