
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| JEAN (J.P.) POOLE and DEE POOLE, ) <br> Trustees of the Poole Family Trust, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> SUNSET FINANCIAL SERVICES, INC., ) <br> and BRYAN S. BEHRENS, ) <br> ) <br> Defendants. ) | 8:08CV399 <br><br><br><br> ORDER |

This matter is before the Court on the Defendant Sunset Financial Services, Inc.'s Unopposed Motion for Extension of Time for Defendant Sunset Financial Services, Inc. to File its Reply Brief in Support of its Motion to Dismiss and Motion for Judicial Notice (Filing No. 45). The Defendant seeks to extend its deadline for filing a reply brief in response to Plaintiffs' briefs opposing the Defendant's Motions from December 16, 2008 to December 19, 2008.

IT IS ORDERED:

1. The Defendant Sunset Financial Services, Inc.'s Unopposed Motion for Extension of Time (Filing No. 45) is granted; and

2. The Defendant Sunset Financial Services, Inc. shall reply to the Plaintiffs' responses by filing its brief and index of evidence, if any, on or before December 19, 2008.

DATED this 11th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge