**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **JEAN POOLE,** *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>**SUNSET FINANCIAL SERVICES, INC.,**  )<br>**KANSAS CITY LIFE INSURANCE**  )<br>**COMPANY, and BRYAN S. BEHRENS,**  )<br>)<br>**Defendants.**  ) | **8:08CV399**<br><br>**SCHEDULING ORDER** |

On January 13, 2009, the plaintiffs filed an Amended Complaint naming Kansas City Life Insurance Company as an additional defendant. Defendant Behrens has already filed an answer to the original complaint. Defendant Sunset Financial Services, Inc. has not yet answered, but its Motion to Dismiss is pending before Judge Smith Camp.

Considering these procedural circumstances,

**IT IS ORDERED:**

1.   Any objections based on Fed. R. Civ. P. 15, 20 and/or 21 to the filing of the Amended Complaint shall be filed no later than **January 27, 2009**; otherwise, any such objections will be deemed waived.

2.   Sunset Financial Services, Inc. shall separately file a supplemental brief, or a notice or other appropriate communication, addressing the issue of whether the filing of the Amended Complaint has any bearing on its pending Motion to Dismiss. Said document shall be filed no later than **January 27, 2009**.

**DATED January 13, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**