IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEAN (J.P.) POOLE and DEE POOLE, Trustees of the Poole Family Trust, | ) ) ) | 8:08CV399 |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| SUNSET FINANCIAL SERVICES, INC., KANSAS CITY LIFE INSURANCE COMPANY, and BRYAN S. BEHRENS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiffs' Unopposed Motion for a One-Week Extension of the Deadline for Opposing Kansas City Life's Motion to Dismiss. Plaintiffs seek an extension from April 6, 2009, to April 13, 2009, to respond to the Defendant's motion. Counsel for the Plaintiffs states that Defendant Kansas City Life does not oppose Plaintiffs' motion.

IT IS ORDERED:

1. The Plaintiffs' Motion for Extension of Time (Filing No. 82) is granted; and

2. The Plaintiffs shall respond to the Defendant Kansas City Life's Motion to Dismiss (Filing No. 78) by filing their brief and index of evidence, if any, on or before April 13, 2009.

DATED this 31st day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge