IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEAN POOLE, Trustees of the Poole Family Trust; and DEE POOLE, Trustees of the Poole Family Trust;<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>BRYAN S. BEHRENS, SUNSET FINANCIAL SERVICES, INC.,<br><br>　　　　　Defendants. | **8:08CV399** |
| MILO VACANTI,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SUNSET FINANCIAL SERVICES, INC., BRYAN S. BEHRENS,<br><br>　　　　　Defendants. | **8:08CV436** |
| WILLIAM GREEN, JOANN GREEN,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>SUNSET FINANCIAL SERVICES, INC., BRYAN S. BEHRENS,<br><br>　　　　　Defendants. | **8:09CV13** |

IT IS ORDERED:

　　　The motions to withdraw filed by Victoria H. Buter as counsel of record on behalf of defendant Bryan S. Behrens, (8:08-cv-00399-JMG-CRZ Poole et al v. Behrens et al, (Filing No.327)); 8:08-cv-00436-JMG-CRZ Vacanti v. Sunset Financial Services, Inc. et al, (Filing No. 316)); 8:09-cv-00013-JMG-CRZ Green et al v. Sunset Financial Services, Inc. et al, (Filing No. 299)), are granted.

　　　January 7, 2013.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

2